UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO.: 2:26-cr-00020-KCD-KRH-1

ABRAHAM JUNIOR DINGUI

| | | | |
|---|---|---|---|
| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Matthew Redavid, Jr. |
| **Deputy Clerk:** | Traci Swan | **Counsel for Defendant:** | Douglas Molloy |
| **Court Reporter** | Brandi Wilkins | **Pretrial/ Probation** | n/a |
| **Date/Time** | August 18, 2026<br>1:32 p.m. -1:47 p.m. | **Interpreter** | n/a |
| **Bench Time** | 15 minutes | | |

CLERK'S MINUTES – Change of Plea

The Court is called to order. Counsel makes their appearance.
The Defendant discusses the Fourth element and the consequences.
The Government summarizes its position.

Defendant moves to adjourn the plea hearing to allow for additional time and research, and to reset this matter for a trial term out approximately one month, for the reasons stated on the record. Motion GRANTED.

This matter shall be set by separate notice for a Status Conference on September 11, 2026, at 1:30 p.m. and for the October 5 trial term. The Court FINDS the ends of justice served by taking such action.

Defendant shall be remanded back into custody of the U.S. Marshals.