UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:26-cr-20-KCD-KRH

ABRAHAM JUNIOR DINGUI

**PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Kel-Tec PF9 9mm caliber semiautomatic pistol bearing serial number SFY94 and assorted ammunition seized on or about October 17, 2025. *See* 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is ORDERED:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 66) is GRANTED.

1. The assets are FORFEITED to the United States for disposition according to law and subject to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to the defendant at the time it is entered.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

DONE AND ORDERED in Fort Myers, Florida on November 19, 2026.

Kyle C. Dudek
United States District Judge

Copies: Counsel of Record